**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------
PAUL SCHUMACHER,

                Plaintiff,

      v.                                No. 08-CV-1038
                                            (LEK/DRH)

GRANITE SERVICES, INC. and
GENERAL ELECTRIC INTERNATIONAL, INC.,

                Defendants.

-----------------------------------------------------------------

**ORDER**

By letter dated August 11, 2009, defendant Granite Services, Inc. requested a conference concerning various discovery matters. Docket No. 19. By letter dated August 17, 2009, plaintiff responded. Docket No. 22. A conference was held on-the-record on August 19, 2009 with counsel for all parties during which defendant General Electric Co. joined in the various requests of defendant Granite Services. As directed during that conference and for the reasons stated at that time which are incorporated herein by reference, it is hereby

**ORDERED** that:

1. On or before **September 1, 2009** plaintiff shall supplement his responses to defendants' discovery demand as follows:

    a. Provide mental health records or authorizations for such records, for the period from May 1, 2007 to date;

    b. Provide medical records or authorizations for such records for any medical treatment received by plaintiff from any source for the period from January 1, 2007 to date;

   c. Provide copies of those portions of plaintiff's federal income tax returns for the years 2006, 2007 and 2008 which reflect income received and reported by plaintiff;[1]

   d. Provide copies of any documents reflecting collateral sources of income, jobs pursued by plaintiff, and efforts by plaintiff to obtain other employment or, if no such documents exist or remain in plaintiff's custody, a statement that no such documents are in the plaintiff's custody; and

   e. A "privilege log" for any documents withheld from production by plaintiff on the ground of any privilege; and

  2. The Uniform Pretrial Scheduling Order filed February 18, 2009 (Docket No. 18) is hereby amended as follows:

   a. The deadline for completion of discovery is hereby extended to **February 1, 2010**;

   b. The deadline for filing dispositive motions is hereby extended to **April 1, 2010**;

   c. The "Trial Ready" date is hereby extended to **May 1, 2010**;

   d. The date for commencement of trial is hereby adjourned to **June 28, 2010**;

---

[1]Thus, plaintiff is permitted to redact from the tax returns any information which does not relate to income he received (including any income received and reported by his spouse as well as deductions, calculations of tax liability and the life).  However, plaintiff shall provide copies of any documents and forms attached to his tax returns which relate to the income reported by him on those returns.

    e.  The Uniform Pretrial Scheduling Order, as amended, remains in full force and effect in all other respects.

**IT IS SO ORDERED**.

Dated: August 19, 2009
   Albany, New York

_David R. Homer_
United States Magistrate Judge